















JPP   2/17/04   10:39

3:04-CR-00364   USA V. OLSEN

*1*

*CRINFO.*



FILED

04 FEB 13 PM 4: 16

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2003 Grand Jury   04 CR 0364 H

| UNITED STATES OF AMERICA, | ) | Criminal Case No._____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 18, U.S.C., Sec. 1010 - |
| | ) | False Statement to HUD, |
| MICHAEL G. OLSEN, | ) | (felony) |
| Defendant. | ) | |

The grand jury charges:

Introduction

At all times mentioned in this indictment there was in existence a program of federal housing assistance, known as the Officer Next Door Sales Program, whereby the United States, through the Secretary of the Department for Housing and Urban Development (hereinafter HUD), sold homes that it owned in designated revitalization areas to law enforcement officers at up to a fifty-percent discount and with a one-hundred dollar down payment. In exchange, the law enforcement officer was required to, and agreed to, reside in that home as his or her primary residence for at least three years from the date of the closing of the property.

JLB:nlv:San Diego
2/12/04

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Count 1</u>

(18 U.S.C. Section 1010)

(False Statement to HUD)

On or about February 19, 1999, within the Southern District of California, in a matter within the jurisdiction of HUD, defendant MICHAEL G. OLSEN did knowingly and willfully make to HUD a materially false statement for the purpose of influencing HUD's determination of defendant's eligibility and participation in the Officer Next Door Program, thereby allowing defendant to purchase the property located at 2007 Dairy Mart Road #18, San Ysidro, California, in that, he signed a HUD form 9548 (Sales Contract) wherein defendant contracted with HUD that defendant would make the aforementioned property his primary residence, and at the time defendant signed said HUD form 9548, defendant knew that his certification to HUD was not, and would not be, true in that he was working and living in Calexico, California and intended to continue living and working in Calexico and never intended to and never did make the aforementioned property his primary residence; in violation of Title 18, United States Code, Section 1010, a felony.

<u>Count 2</u>

(18 U.S.C. Section 1010)

(False Statement to HUD)

On or about February 25, 1999, within the Southern District of California, in a matter within the jurisdiction of HUD, defendant MICHAEL G. OLSEN did knowingly and willfully make to HUD a materially false statement for the purpose of influencing HUD's determination of defendant's eligibility and participation in the

2

1  Officer Next Door Program, thereby allowing defendant to purchase
2  the property located at 2007 Dairy Mart Road #18, San Ysidro,
3  California, in that, he signed a HUD form 9548-A (Law Enforcement
4  Officer Certification) wherein  defendant certified that in
5  exchange for being able to purchase the aforementioned property,
6  under the terms of the Officer Next Door Program, that defendant
7  would make the aforementioned property his principal residence for
8  at least three years from the date of closing, and at the time
9  defendant signed said HUD form 9548-A, defendant knew that his
10 certification to HUD was not, and would not be, true in that he was
11 working and living in Calexico, California and intended to continue
12 living and working in Calexico and never intended to and never did
13 make the aforementioned property his primary residence; in
14 violation of Title 18, United States Code, Section 1010, a felony.

15                              Count 3

16                      (18 U.S.C. Section 1010)

17                      (False Statement to HUD)

18     On or about April 14, 1999, within the Southern District of
19 California, in a matter within the jurisdiction of HUD, defendant
20 MICHAEL G. OLSEN did knowingly and willfully make to HUD a
21 materially false statement for the purpose of influencing HUD's
22 decision to guarantee the mortgage on the property located at 2007
23 Dairy Mart Road #18, San Ysidro, California, in that, he signed a
24 Deed of Trust wherein defendant represented that he accepted and
25 agreed to the terms of the instrument, which included a term that
26 defendant, as Borrower, would occupy and use the property as his
27 principal residence within 60 days of execution the Deed of Trust,

28                                3

1 | and at the time defendant signed said Deed of Trust, defendant knew

2 | that his statement was not, and would not be, true in that he was

3 | working and living in Calexico, California and intended to continue

4 | living and working in Calexico and never intended to and never did

5 | make the aforementioned property his primary residence; in

6 | violation of Title 18, United States Code, Section 1010, a felony.

7 | DATED: February 13, 2004.

8 | A TRUE BILL:

9 |

10 | Foreperson

11 |

12 | CAROL C. LAM
United States Attorney

13 |

14 | By:

15 | JILL L. BURKHARDT
Assistant U.S. Attorney

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

4